CLARA A. FARNHAM, Appellant, v. KATIE P. FARNHAM, as Executrix, etc., of GEORGE A. FARNHAM, Deceased, Respondent.— Motion for leave to appeal to the Court of Appeals granted, and question certified. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

BENJAMIN HERSCHMAN and Others, Appellants, v. HARRY FISCHER, Respondent, Doing Business as EUREKA KNITTING MILLS.— Motion for reargument granted and case set down for Friday, April 13, 1923. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

GEORGE HUGUE, Respondent, v. ELIAS BERLOW CORPORATION and Others, Defendants. JACOB LERNER, Appellant.— Motion to vacate order dismissing appeal granted on condition that within five days the appellant pay twenty-five dollars costs to the respondent, and on the further condition that the case be added to the present calendar and argued when reached; otherwise, motion denied, with ten dollars costs. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

In the Matter of the Application of RICHARD V. BLAKE for Admission to the Bar. (From the State of Connecticut.) —Application granted. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

In the Matter of the Petition of ALMA BROWN to Prove the Last Will and Testament of MARY SCHILLING, etc., Deceased.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

In the Matter of the Appraisal, etc., of the Property of WILLIAM D. BURNHAM. JOSEPH D. TOMLINSON and Others, Executors, etc., Appellants, v. STATE TAX COMMISSION, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ. Settle order on notice.

In the Matter of the Application of JOHN LAWRENCE Fox for Admission to the Bar. (From the State of Maryland.) —Application granted. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

In the Matter of the Discovery of the Assets of the Estate of HENRY HYAMS, Deceased. KINGS COUNTY TRUST COMPANY, as Executor, etc., Appellant; SOPHIE HYAMS, Respondent.— We think the order entered upon our decision [See 205 App. Div. 893] is not in proper form, in that it should provide for a modification of the decree of the Surrogate's Court and an affirmance thereof as so modified. From such an order the parties have the right to appeal to the Court of Appeals without permission. The order of this court should be resettled accordingly. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

In the Matter of the Discovery of the Assets of the Estate of HENRY HYAMS, Deceased. KINGS COUNTY TRUST COMPANY, as Executor, etc., Appellant; SOPHIE HYAMS, Respondent. — We think the order entered upon our decision [See 205 App. Div. 893] is not in proper form, in that it should provide for a modification of the decree of the Surrogate's Court and an affirmance thereof as so modified. From such an order the parties have the right to appeal to the Court of Appeals without permission. The order of this court should be resettled accordingly. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

In the Matter of the Discovery of the Assets of the Estate of HENRY HYAMS, Deceased. KINGS COUNTY TRUST COMPANY, as Executor, etc., Appellant; SOPHIE HYAMS, Respondent.— Motion to modify stay denied, without costs. Present— Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.